IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA SUYDAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF LEBANON, IL, CITY OF )<br>LEBANON POLICE DEPARTMENT, )<br>DOUGLAS E. LEBERT, City of Lebanon )<br>Chief of Police, in his Individual and Official )<br>Capacity, )<br>)<br>Defendants. ) | CIVIL NO.  03-387-GPM |

# JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that Plaintiff shall take nothing against Defendant City of Lebanon, IL, and Title VII claims against said Defendant are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's ruling on May 25, 2004, the claims against the City of Lebanon, IL pursuant to 42 U.S.C. § 1983 (Count 2 of the complaint) are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the parties' stipulations and the Court's ruling on June 15, 2004, Plaintiff shall take nothing against Defendants

City of Lebanon Police Department and Douglas E. Lebert, City of Lebanon Chief of Police, in his Individual and Official Capacity, and all claims against said Defendants are **DISMISSED with prejudice**.

   **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Lebanon is awarded its costs.

  **DATED**:  09/29/05

                NORBERT G. JAWORSKI, CLERK

                By: s/ Linda M. Cook
                   Deputy Clerk

APPROVED: s/ G. Patrick Murphy
     G. PATRICK MURPHY
     CHIEF U.S. DISTRICT JUDGE